**JUDGE LYNCH**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**'08 CIV 4572**

-----------------------------------------------------------X

WHITE TOQUE, INC.

        Plaintiff,

    - against -

M/V EVER DIAMOND, her engines, boilers, tackle,
apparel, etc., *in rem*; EVERGREEN MARINE
CORPORATION and SEAFRIGO, INC. *in personam*,

        Defendants.

-----------------------------------------------------------X

2008 Civ.

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**



    NOW comes plaintiff, WHITE TOQUE, INC. and submits in duplicate its Disclosure

Statement pursuant to F.R. Civ. P., Rule 7.1.

    WHITE TOQUE, INC. is not a publicly traded company.

Dated: New York, New York
     May 16, 2008
     228-23

                CASEY & BARNETT, LLC
                Attorneys for Plaintiff

         By: _____
                Martin F. Casey (MFC-1415)
                317 Madison Avenue, 21st Floor
                New York, NY 10017
                (212) 286-0225